MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTORS



FILED
JAMES J. WALDRON, CLERK
OCT 13 2016
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                              Chapter 13

**David and Michelle Marra**                        Case No.: **15-14078 (MBK)**

                                                    Hearing Date:

**ORDER FOR ~~SANCTIONS~~ DAMAGES FOR THE WILLFUL VIOLATION
OF THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.


_____
MICHAEL B. KAPLAN
USBJ

(Page 2)

Debtor(s):   **David and Michelle Marra**
Case No.:   **15-14078 (MBK)**
Caption of Order:   **Order for Sanctions For the Willful Violation of the Automatic Stay**

Upon the motion of Marc C. Capone, Esq. on behalf of the Debtors for an Order for Sanctions for the Willful Violation of the Automatic Stay as hereinafter set forth, and for cause shown, it is

   **ORDERED** that Action Cars on 9 LLC be and hereby are Ordered to cease all collection efforts and contact with the debtors; and it is further

   **ORDERED** that _Action Cars on 9 LLC_ pay ~~Sanctions~~ damages in the total amount of $2,800.00, pursuant to §362(k) *

* damages calculated at $1800 for attorneys fees and $1,000.00 for punitive damages. Failure to release the wage execution within five (5) days of this order, will result in an additional award of $250.00 per day until wage execution is released. /MBK/