MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTORS



FILED
JAMES J. WALDRON, CLERK
OCT 13 2016
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                          Chapter 13

**David and Michelle Marra**                    Case No.: **15-14078 (MBK)**

                                                Hearing Date:

**ORDER FOR ~~SANCTIONS~~ DAMAGES FOR THE WILLFUL VIOLATION
OF THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

_____
MICHAEL B. KAPLAN
USBJ

(Page 2)

Debtor(s):    **David and Michelle Marra**
Case No.:    **15-14078 (MBK)**
Caption of Order:    **Order for Sanctions For the Willful Violation of the Automatic Stay**

Upon the motion of Marc C. Capone, Esq. on behalf of the Debtors for an Order for Sanctions for the Willful Violation of the Automatic Stay as hereinafter set forth, and for cause shown, it is

   **ORDERED** that Action Cars on 9 LLC be and hereby are Ordered to cease all collection efforts and contact with the debtors; and it is further

   **ORDERED** that Action Cars on 9 LLC pay ~~Sanctions~~ damages in the total amount of $2,800.00, pursuant to §362(k) *

* damages calculated at $1800 for attorneys fees and $1,000.00 for punitive damages. Failure to release the wage execution within five (5) days of this order, will result in an additional award of $250.00 per day until wage execution is released. /MBK/

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-14078-MBK
David J. Marra                                                                      Chapter 13
Michelle L. Marra
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 13, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
db/jdb         David J. Marra,    Michelle L. Marra,    1380 Paterson Ave,    Whiting, NJ   08759-3916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor David J. Marra mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Michelle L. Marra mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Steven K. Eisenberg    on behalf of Creditor    Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
                                                                                             TOTAL: 6