UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 15-14078 |
| MARRA, DAVID J. | | Chapter: | 7 |
| MARRA, MICHELLE L. | | Judge: | MBK |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Michael B. Kaplan</u> on <u>October 23, 2017</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:1380 PATERSON AVE, WHITING, NJ
> The debtor(s) purchased the property in 2013 for $270,166. The property is valued at $258,273 based upon a Comparative Market Analysis.

> Liens on property:
>
> Embrace Home Loans - $272,062

> Amount of equity claimed as exempt:
>
> None

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
David J. Marra
Michelle L. Marra
    Debtors

Case No. 15-14078-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                   Page 1 of 2                    Date Rcvd: Sep 21, 2017
                              Form ID: pdf905               Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
```
db/jdb         David J. Marra,    Michelle L. Marra,    1380 Paterson Ave,    Whiting, NJ 08759-3916
cr            +Embrace Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925
cr            +Santander Consumer USA, Inc. dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
               Dallas, TX 75356-2088
515405830     +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
               Tinton Falls, NJ 07724-3001
515374370      American Express,    PO Box 3001,    Malvern, PA 19355-0701
515567250      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515374373    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk of Amer,     PO Box 982235,    El Paso, TX 79998-2235)
515374378    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, NA,     Attn: Centralized Bankruptcy,    PO Box 20363,
               Kansas City, MO 64195-0363)
515374374      Capital Management Services,    PO Box 964,    Buffalo, NY 14220-0964
515374375      Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
515510264      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515374376      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
515374377      Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
515374379      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO 63179-0040
515404788     +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
515374382      Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
515496192      ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
               NEW YORK, NY 10087-9262
515374383      Embrace Home Loans,    PO Box 37628,    Philadelphia, PA 19101-0628
516409200     +Embrace Home Loans C/O Roundpoint,    Mortgage Serv.,    P.O.Box 19409,Charlotte,NC 28219,
               Embrace Home Loans C/O Roundpoint,    Mortgage Serv.,    P.O.Box 19409,Charlotte,NC 28219-9409
517000895     +Embrace Home Loans, Inc,    Roundpoint Mortgage Svcg Corp,    5016 Parkway Plaza Blvd, Suite 200,
               Charlotte,NC 28217-1930
515507811     +Embrace Home Loans, Inc.,    c/o LoanCare, LLC,    3637 Sentara Way,
               Virginia Beach, VA 23452-4262
515374384      First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St Stop Code3290,
               Omaha, NE 68197-0003
515399124     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
517079085      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
515374392      Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
515374393      Macys,    PO Box 183083,    Columbus, OH 43218-3083
515374394      Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
515374395      Mohela/dofed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
515374396      Peter J. Liska LLC,    766 Shrewsbury Ave,    Tinton Falls, NJ 07724-3001
515478037     +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
515374397      US Dept of Ed/Glelsi,    PO Box 7860,    Madison, WI 53707-7860
515374398      Victoria's Secret,    PO Box 182125,    Columbus, OH 43218-2125
515374399      Zale/Sterling Jewelers,    Attn.: Bankruptcy,    PO Box 1799,    Akron, OH 44309-1799
516868807      eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 21:37:14     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 21:37:14     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515374371      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 21 2017 21:37:16     American Honda Finance,
               PO Box 168088,    Irving, TX 75016-8088
515426160      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 21 2017 21:37:16
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088,    866-716-6441
515374369     +E-mail/Text: bankruptcycare@affinityfcu.com Sep 21 2017 21:37:09
               Affinity Federal Credit Union,    73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
515374372     +E-mail/Text: bk@avant.com Sep 21 2017 21:37:26     Avant Credit Corporati,    640 N La Salle Dr,
               Chicago, IL 60654-3731
515383477      E-mail/Text: mrdiscen@discover.com Sep 21 2017 21:37:03     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515374380      E-mail/Text: mrdiscen@discover.com Sep 21 2017 21:37:03     Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
515374381      E-mail/Text: dplbk@discover.com Sep 21 2017 21:37:22     Discover Personal Loan,
               Attention: Bankruptcy,    PO Box 30954,    Salt Lake City, UT 84130-0954
515374385      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 21:38:35     GECRB/Amazon,    Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
515374386      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 21:38:16     GECRB/Lowes,
               Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 21, 2017
                              Form ID: pdf905          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515374387        E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 21:38:16      Gecrb/Paypal Cr,
                  Attn:Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515374388        E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 21:38:16      Gecrb/Walmart,    Attn: Bankruptcy,
                  PO Box 103104,    Roswell, GA 30076-9104
515374390        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2017 21:37:05       Kohl's,    PO Box 3043,
                  Milwaukee, WI 53201-3043
515374391       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2017 21:37:05       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515610731        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 21:45:59
                  Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                  Norfolk VA 23541
515610725        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 21:58:36
                  Portfolio Recovery Associates, LLC,    c/o Paypal Smart Connect,    POB 41067,
                  Norfolk VA 23541
515610665        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 21:46:11
                  Portfolio Recovery Associates, LLC,    c/o Walmart Master Card,    POB 41067,    Norfolk VA 23541
515610706       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 21:46:11
                  Portfolio Recovery Associates, LLC c/o Lowes,     POB 41067,    Norfolk VA 23541-1067
515432128        E-mail/Text: bnc-quantum@quantum3group.com Sep 21 2017 21:37:12
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
515374389        E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Sep 21 2017 21:37:29       kabbage Inc.,
                  PO Box 77081,    Atlanta, GA 30357-1081
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516409199        Embrace Home Loans C/O Roundpoint,     Mortgage Serv.,   P.O.Box 19409,Charlotte,NC 28219
515543874*       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                  New York, NY 10087-9262
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
```
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA, Inc. dba Chrysler Capital
               as serivcer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Marc C. Capone    on behalf of Joint Debtor Michelle L. Marra mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor David J. Marra mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Steven K. Eisenberg    on behalf of Creditor   Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
                                                                                              TOTAL: 8
```